**FMC CORPORATION**

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION and Hennessy Industries, Inc.**

**Investigation No. 337–TA–73.**

United States Court of Customs and Patent Appeals.

Feb. 14, 1980.

Raymond P. Niro, Gerald D. Hosier and Thomas G. Scavone, Chicago, Ill., for FMC Corp.

Russell N. Shewmaker, Washington, D. C., and Christine Bliss, Washington, D. C., for International Trade Commission.

Eugene L. Stewart, Washington, D. C., and James C. Wood, Chicago, Ill., for Hennessy Industries.

Before MARKEY, Chief Judge, RICH, BALDWIN, and MILLER, Associate Judges, and FRIEDMAN,* Chief Judge.

ON PETITION FOR WRITS OF MAN-DAMUS AND PROHIBITION

PER CURIAM.

Upon consideration of FMC Corporation's PETITION FOR ORDER IN THE NATURE OF WRITS OF MANDAMUS AND PROHIBITION AND FOR AN ORDER TEMPORARILY STAYING ACTION BY THE INTERNATIONAL TRADE COMMISSION UNTIL A HEARING CAN BE HELD ON THE MERITS BEFORE THE COMMISSION OR THIS COURT, and the responses thereto, filed on behalf of the United States International Trade Commission and Hennessy Industries, Inc., this court finds that FMC has not adequately demonstrated a likelihood of irreparable injury. Nor has FMC established that the additional respondents are unnecessary to the proper conduct of the investigation.

It is therefore ORDERED that FMC's petition be, and the same is hereby, *denied.*

It is further ORDERED that this court's order of November 6, 1979, staying investigation No. 337–TA–73, be, and the same is hereby, *vacated.*

---

* The Honorable Daniel M. Friedman, Chief Judge, United States Court of Claims, sitting by designation.